# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL ELIJAH DAVIS,<br><br>              Petitioner,<br><br>     v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>              Respondent. | Case No. LACV 19-4905-JVS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 08, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE